No. 01–5245.  HAND v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 01–5246.  GANDY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–5247.  GREENE v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 01–5248.  GILCREASE v. TEXAS.  Ct. App. Tex., 4th Dist. Certiorari denied.

No. 01–5249.  GREEN v. NEW YORK CITY DEPARTMENT OF CORRECTIONS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–5250.  GRIGSBY v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 01–5251.  IDOWU v. BOARD OF IMMIGRATION APPEALS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–5252.  REDDING v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–5253.  ROSS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–5254.  SOUTHERN v. MASSACHUSETTS.  C. A. 1st Cir. Certiorari denied.

No. 01–5255.  MALDONADO SEGURA v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–5256.  RUDE v. WYOMING.  C. A. 10th Cir.  Certiorari denied.

No. 01–5258.  HOWARD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–5259.  GONZALEZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.